Central States Finance Company, appellee, v. Adolph Schultz et al., defendants. London and Lancashire Indemnity Company of America, appellant. Gen. No. 38,580.

Opinion filed July 3, 1936.

Charles E. Smith, for appellant; George J. Haddad, of counsel. Arnold Seeder and David Brandwein, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.